IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| BRYAN SMITH AND MARKISHA SMITH, § § § § Plaintiffs § § v. § § COASTAL CARRIERS, *ET AL.*, § § Defendants. § § § § | § CIVIL ACTION NO. 5:20-CV-00151-RWS-JBB |

# **FINAL JUDGMENT**

Before the Court is the parties' proposed final judgment. Docket No. 141. On July 10, 2023, the trial of this case began. Plaintiffs Bryan Smith and Markisha Smith appeared in person and through their attorneys and announced ready for trial. Defendants Paul Horton and Coastal Carriers appeared in person and through their attorneys and announced ready for trial. Having determined that it has jurisdiction over the subject matter and the parties in this case, the Court then empaneled and swore in the jury, which heard the evidence and arguments of counsel. On July 10 through July 13, 2023, Plaintiffs Bryan Smith and Markisha Smith tried their negligence case to a jury before the Court.

On July 13, 2023, following four days of trial, the Court held a charge conference outside of the presence of the jury to discuss final jury instructions. The Plaintiffs represented their intent to dismiss Defendant Sukhninder Kaur and the negligent entrustment claim in this case. The parties agreed to proposed jury instructions, except for a few limited disputes that the Court resolved. The

Court then finalized the jury instructions and verdict form without including Defendant Sukhninder Kaur and the negligent entrustment claim.

After the July 13, 2023 charge conference concluded, the jury was brought in. After the parties rested their cases, the Court instructed the jury and the parties delivered their closing arguments. The Court submitted instructions, definitions, and verdict form questions to the jury.

The jury then deliberated. While deliberating, the jury submitted questions to the Court. The parties agreed to amend the verdict form per one of the jury's questions and the agreed amended verdict form was submitted to the jury. The jury then returned a take-nothing verdict in favor of the Defendants. The Court received, filed, and entered record of the jury's findings. Based upon the jury verdict, the Court hereby enters **FINAL JUDGMENT**. Accordingly, it is

**ORDERED** that the Court renders judgment for Defendants on the verdict. Therefore, Plaintiffs Bryan Smith and Markesha Smith take nothing by their suit, and Defendants Paul Horton and Coastal Carriers recover their costs of court from Plaintiffs. It is further

**ORDERED** that any pending motion not expressly granted is **DENIED**. It is further

**ORDERED** that all relief not granted in this judgment is **DENIED**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 25th day of July, 2023.**

*[Signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE